LESLIE H. HELMER, CA Bar No. 150296
leslie.helmer@ogletree.com
GINA M. TETORAKIS, CA Bar No. 311346
gina.tetorakis@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
STARBUCKS CORPORATION

SARAH K. STERLING, CA Bar No. 318224
sarah@frontierlawcenter.com
MANNY M. STARR, CA Bar No. 319778
manny@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, Ste. #2074
Calabasas, CA 91302
Telephone:     818-914-3433

Attorneys for Plaintiff

RONDA ORR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA ORR, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 2:21-cv-02390-WBS-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION**<br><br>Complaint Filed:  11/12/2021<br>Trial Date:           None<br>District Judge:    Hon. William B. Shubb<br>                          Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Dennis M. Cota<br>                          Courtroom 304, Redding |

# **ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Submit Plaintiff's Claims to Binding Arbitration, hereby orders as follows:

1. Plaintiff's claims shall be submitted to binding arbitration.

2. This entire action shall be stayed pending binding arbitration.

3. This Court shall retain jurisdiction over the case until it reaches a final resolution, at which time the Parties shall thereby inform the Court.

4. The Scheduling Conference set for April 25, 2022 is vacated.

Dated: March 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE